**Dismiss and Opinion Filed June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01345-CV

**ASHTON GROVE L.C., W. DOW HAMM III CORP., ASHTON GROVE MASTER ASSOCIATION, INC., ASHTON GROVE ESTATES SECTION 1 COMMUNITY ASSOCIATION, INC., WILLIAM DOW HAMM III, AND WILLIAM DOW HAMM, JR., Appellants**

**V.**

**JACKSON WALKER L.L.P., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-07411**

# MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

By joint motion filed May 28, 2014, the parties inform us they have settled all issues and

move to dismiss the appeal. We grant the motion and dismiss the appeal.

131345F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ASHTON GROVE L.C., W. DOW HAMM
III CORP., ASHTON GROVE MASTER
ASSOCIATION, INC., ASHTON GROVE
ESTATES SECTION 1 COMMUNITY
ASSOCIATION, INC., WILLIAM DOW
HAMM III, AND WILLIAM DOW
HAMM, JR., Appellants

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-09-07411.
Opinion delivered by Justice Francis.
Justices Bridges and Lang-Miers
participating.

No. 05-13-01345-CV       V.

JACKSON WALKER L.L.P., Appellee

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
We **ORDER** that each party bear its own costs of this appeal.

Judgment entered June 5, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–2–